UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

RONALD WALKER,

          Plaintiff,

-vs-                                            Case No. 6:11-cv-273-Orl-28KRS

MICHAEL J. ASTRUE, COMMISSIONER
OF SOCIAL SECURITY,

          Defendant.

## ORDER

This case is before the Court on the Complaint filed by Plaintiff seeking review of the final decision of the Commissioner of Social Security denying his claim for social security benefits (Doc. No. 1). The United States Magistrate Judge has submitted a report recommending that the decision be affirmed.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1.    That the Report and Recommendation filed January 30, 2012 (Doc. No. 23) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.    The decision of the Commissioner of Social Security is **AFFIRMED**.

3.    The Clerk of the Court is directed to issue a judgment consistent with this Order and to thereafter close this file.

DONE and ORDERED in Chambers, Orlando, Florida this ___21___ day of February, 2012.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party